# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE J. AUSTIN,**<br>Plaintiff,<br>vs.<br>**GEORGETOWN UNIVERSITY, ET AL.,**<br>Defendants. | CASE NO. 19-cv-05631-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; DIRECTING FILING REGARDING SERVICE; SETTING COMPLIANCE DATE**<br><br>Re: Dkt. No. 19 |

The instant action was filed on September 6, 2019, and initially assigned to Magistrate Judge Thomas S. Hixson. On September 30, 3019, Magistrate Judge Hixson granted in part the application of plaintiff George J. Austin to proceed *in forma pauperis*, including an order directing service of the summons and complaint upon defendants by the United States Marshal. (Dkt. No. 8.) Thereafter, the action was reassigned to the undersigned.

The docket in this action indicates that service upon defendants has not been effected. Summons on defendant Georgetown University Law Center Organization at the address provided by plaintiff was returned unexecuted. (Dkt. No. 24.) No return of service is on file as to defendants Georgetown University or "Photographer Commissioned by Georgetown," and no defendant has appeared.

In light of the foregoing, the Case Management Conference currently set for Monday, March 23, 2020 is **VACATED**.

It is the responsibility of plaintiff to provide sufficient information to ensure prosecution of his action. The Court therefore **ORDERS** Austin to: (1) file a statement confirming the names and addresses of the defendants to be served; **or** (2) file a motion for additional time to serve the complaint, explaining the reasons why such information cannot be provided. <u>Failure to comply may result in dismissal of all defendants without prejudice for failure to serve and prosecute the</u>

action. Fed. R. Civ. P. 4(m).

For administrative tracking purposes, the Court **SETS** a compliance date of **April 10, 2020**, on the 9:01 a.m. calendar. No appearance will be required.

**IT IS SO ORDERED.**

Dated: March 16, 2020

						_____
						**YVONNE GONZALEZ ROGERS**
						**UNITED STATES DISTRICT COURT JUDGE**