UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE J. AUSTIN,**<br>　　　　Plaintiff**,**<br>　　vs.<br>**GEORGETOWN UNIVERSITY, ET AL.,**<br>　　　　Defendants**.** | CASE NO. 19-cv-05631-YGR<br><br>**ORDER STRIKING DISCOVERY REQUEST AND NOTICE OF ADDITIONAL PARTIES**<br><br>Dkt. Nos. 42, 46 |

　　　　Plaintiff George J. Austin has filed discovery requests and affidavits directed at defendants in this action on the Court's ECF docket. Discovery requests are not properly served on defendants by mailing to the Court or by filing on the ECF docket and need not be docketed unless they are the subject of a discovery motion made *after* service of the discovery. The Clerk is **DIRECTED** to **STRIKE** the document filed at Docket No. 42. To the extent Austin seeks to serve discovery on any defendant that has appeared in this matter, he must comply with the Federal Rules of Civil Procedure related to discovery and serve the party at the address indicated in their appearance, or their counsel's appearance, in this matter.

　　　　Plaintiff Austin has also entered a docket notation at Dkt. No. 46 indicating that additional parties were named in the Complaint, namely "US Department of Education Loan Service & Legal Department." The Court's review of the Complaint in this matter does not reveal that this party has been named in the complaint nor that any allegations against it have been stated. Therefore, the Clerk is directed to Strike the text entry at Docket No. 46.

　　　　To the extent that plaintiff seeks to amend the complaint to name this or any other defendant, he must: (1) file a first amended complaint naming the party and stating the allegations against it, (2) obtain a new summons on the first amended complaint; (3) serve the summons and complaint on all defendants. If plaintiff seeks the assistance of the U.S. Marshal or the Court in

1  effecting service of a first amended complaint and summons, he must provide accurate service
2  addresses for any new defendants.
3       Plaintiff is reminded that assistance is available through the Court's Legal Help Center.
4  Parties can make an appointment to speak with an attorney who can provide basic legal
5  information and assistance.  The Help Center does not represent parties in their cases.  There is no
6  charge for this service.  To make an appointment with the Legal Help Center, you may call 415-
7  782-8982 or email federalprobonoproject@sfbar.org.  The Help Center's website is available at
8  *https://cand.uscourts.gov/legal-help*.  The District Court has produced a guide for self-represented
9  litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which
10  provides instructions on how to proceed at every stage of a case, including discovery, motions,
11  and trial.  It is available electronically online (*http://cand.uscourts.gov/prosehandbook*).

12       **IT IS SO ORDERED.**
13  Dated: October 27, 2020

                                      _____
                                      **YVONNE GONZALEZ ROGERS**
                                  **UNITED STATES DISTRICT COURT JUDGE**