**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GEORGE J. AUSTIN,**<br><br>    Plaintiff**,**<br><br>    vs.<br><br>**GEORGETOWN UNIVERSITY, ET AL.,**<br><br>    Defendants**.** | CASE NO. 19-cv-05631-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; DENYING EXTENSION AS MOOT STATEMENT; AND STRIKING IMPROPER FILINGS**<br><br>Dkt. No. 93 |

In light of pending motion to dismiss and plaintiff's deadline to file a complete amended pleading by February 2, 2021, the case management conference set for Monday, January 25, 2021 is **VACATED**. Plaintiff's request for an extension of time to submit a case management statement (Dkt. No. 93) is **DENIED AS MOOT** to be reset on further notice.

Plaintiff George J. Austin is hereby **ADMONISHED** to limit his filings to documents pertaining to specific motions or hearings. Plaintiff's multiple submissions of "notices" concerning "material facts, context, and identity verification" and attaching voluminous exhibits are apparently unrelated to any pending motion or pleading, and thus are improper filings.

The notices filed by plaintiff at Docket Nos. 56, 57, 58, 59 60, 61, 62, 63, 64, 65, 66, 68, 60, 71, 72, 77, 78, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, and 91 are **STRICKEN** and will not be considered by the Court. To the extent plaintiff seeks to submit documents as evidence in support of a pending motion, he must do so by way of a declaration under penalty of perjury, explaining how each exhibit relates to his brief on a pending motion identified by name and docket number.

Plaintiff is notified that continued misuse of his electronic docketing privileges may result in their revocation.

This terminates Docket Nos. 93.

**IT IS SO ORDERED.**

Dated: January 19, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**